Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA



FILED
08 AM 9:03
DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

BERNARD LEBLANC, an individual; and SIMONE LEBLANC, an individual

vs

QUICK LOAN FUNDING INC., a corporation; JOE SEMANN, an individual; GRP FINANCIAL SERVICES CORP, a corporation; and DOES 1 through 20 inclusive

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0936 J RBB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Law Offices of Eric F. Fagan
2300 Boswell Rd. Suite 211
Chula Vista, CA 91914
Phone: 619-656-6656; Fax: 775-898-5471

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)