Eric Fagan SBN 87071
Law Offices of Eric F. Fagan
2300 Boswell Rd. Suite 211
Chula Vista, CA  91914
efagan@efaganlaw.com
Phone: 619-656-6656; Fax: 775-898-5471
Attorney for Plaintiffs BERNARD and SIMONE LEBLANC

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

BERNARD LEBLANC, an individual; and ) Case No.:  08 CV 0936 J R BB
SIMONE LEBLANC, an individual, )
                                                    )**DISMISSAL**
        Plaintiffs, )
 )
v. )
 )
QUICK LOAN FUNDING INC., a )
corporation; JOE SEMANN, an individual; )
GRP FINANCIAL SERVICES CORP, a )
corporation;  and  DOES 1 through 20 )
Inclusive, )
 )
        Defendants. )
_____)

    Plaintiff gives notice that this action is to be dismissed without prejudice pursuant to FRCP 41(a)(1)(A).

DATED : June 26, 2008

                                  __/E/ Eric F. Fagan _____
                                  Eric F. Fagan
                                  Attorney for Plaintiff